UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES WEEKS,

      Petitioner-Plaintiff,

-against-

THE TOWN OF GREENVILLE; THE TOWN BOARD OF THE TOWN OF GREENVILLE; PAUL MACKO, SUPERVISOR; ORLOFF "BUD" BEAR, COUNCILMEN; JOHN BENSEN, COUNCILMEN; JOEL RAUF, COUNCILMEN; TRAVIS RICHARDS, COUNCILMEN; THE PLANNING BOARD OF THE TOWN OF GREENVILLE; THE ZONING BOARD OF APPEALS OF THE TOWN OF GREENVILLE; THOMAS VANCE, ZONING BOARD CHAIRMAN; JOHN INGALLS, ZONING BOARD DEPUTY CHAIRMAN; ART MARINI, ZONING BOARD MEMBER; SANDY GARDEN, ZONING BOARD MEMBER; FRANK DEBENDETTO, ZONING BOARD MEMBER; JEAN THOMAS, ZONING BOARD MEMBER; THOMAS BRIGGS, ZONING BOARD MEMBER; MARK OVERBAUGH, ZONING & CODE ENFORCEMENT OFFICER OF THE TOWN OF GREENVILLE,

      Respondents-Defendants.

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)

CIVIL ACTION NUMBER 21-cv-917

HON. FREDERICK J. SCULLIN, JR.

HON. CHRISTIAN F. HUMMEL

---

It is hereby stipulated and agreed by and between the undersigned attorney for Petitioner-Plaintiff James Weeks and the undersigned attorney for Respondents-Defendants The Town of Greenville; The Town Board of the Town of Greenville; Paul Macko, Supervisor; Orloff "Bud" Bear, Councilmen; John Bensen, Councilmen; Joel Rauf, Councilman; Travis Richards, Councilmen; The Planning Board of the Town of Greenville; The Zoning Board of Appeals of the Town of Greenville; Thomas Vance, Zoning Board Chairman; John Ingalls, Zoning Board Deputy Chairman; Art Marini,

Zoning Board Member; Sandy Garden, Zoning Board Member; Frank Debendetto, Zoning Board Member; Jean Thomas, Zoning Board Member; Thomas Briggs, Zoning Board Member; Mark Overbaugh, Zoning & Code Enforcement Officer of the Town of Greenville that the above-entitled action is hereby discontinued with prejudice pursuant to FRCP 41(a)(1) without costs, disbursements or legal fees to any party, and without consideration as to the merits of this particular claim, and the complaint is hereby dismissed.

DATED: ALBANY, NEW YORK
JANUARY 31, 2022

LEWIS B. OLIVER JR., ESQ.
Bar Roll # 102303
Oliver Law Office
Attorney for Petitioner-Plaintiff Weeks
156 Madison Avenue
Albany, New York 12202
518-463-7962

DATED: ALBANY, NEW YORK
JANUARY 28, 2022

MS. APRIL J. LAWS, ESQ.
Bar Roll #517148
Johnson & Laws, LLC
Attorney for Respondents-Defendants
646 Plank Road
Suite 205
Clifton Park, New York 12065

SO ORDERED:

DATED: February 1, 2022
SYRACUSE, NEW YORK

Hon. Frederick J. Scullin
Senior United States District Judge
Northern District of New York